UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Terry Lee Branson,

       Plaintiff,

v.                           ORDER ADOPTING
                                REPORT AND RECOMMENDATION

State of Minnesota,

       Defendant.             Civ. No. 10-1795 (MJD/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1. That the Plaintiff's Complaint [Docket No. 1] be dismissed, but without prejudice, for failure to comply with this Court's Order of April 30, 2010, and for lack of prosecution

2. That the Plaintiff's IFP Application [Docket No. 2] be denied, as moot.

DATED: July 30, 2010                             s/Michael J. Davis
At Minneapolis, Minnesota                 Michael J. Davis, Chief Judge
                                                    United States District Court